**DENIED and Opinion Filed April 25, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00109-CV**

**IN RE DR. GLEN KING, Relator**

**Original Proceeding from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-12568**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Smith, and Kennedy
Opinion by Justice Kennedy

Relator filed a motion for reconsideration of our March 30, 2023 memorandum opinion and order denying relief. Construing the motion as a motion for rehearing, we deny the motion. We also withdraw our opinion and vacate our order of March 30, 2023, and we issue this new memorandum opinion and order denying relief in their stead.

In his February 7, 2023 petition, relator requested a writ of mandamus compelling the trial court to vacate its January 20, 2023 Order Granting Plaintiffs' Motion to Recover on Bonds and to Request New Bond Be Set. The Court denied relief on two independent grounds: (1) relator's petition did not comply with the

Texas Rules of Appellate Procedure and (2) even if this defect did not exist, relator failed to demonstrate entitlement to mandamus relief.

Relator moved for reconsideration. Relator included in his motion a supplemental verification that remedied the technical defect that provided the basis for our conclusion that relator's petition did not comply with the Texas Rules of Appellate Procedure.

Entitlement to mandamus relief requires relator to show that the trial court clearly abused its discretion and that relator lacks an adequate appellate remedy. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing relator's petition, the response, relator's reply, and the record before us, we conclude that relator has failed to demonstrate entitlement to mandamus relief.

Accordingly, we deny relator's petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

We also lift the stay issued by this Court's February 8, 2023 Order.

/Nancy Kennedy/
NANCY KENNEDY
JUSTICE

230109F.P05

–2–